UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )   BK No.: 20-04147
Lequawna D Lewis )
 )   Chapter: 13
 )   Honorable Deborah L. Thorne
 )
 )
Debtor(s) )

## ORDER TO EXTEND TIME FOR DEBTOR TO FILE CLAIM ON BEHALF OF CREDITOR

THIS MATTER coming to be heard on the Motion to Extend Time for Debtor to File Claim on behalf of Creditor;

THE COURT, after due notice having been given and hearing thereon, having been fully advised of the matter, herein;

IT IS HEREBY ORDERED:

1. The time for the Debtor to file a general unsecured claim on behalf of City of Chicago Department of Finance is extended to February 24, 2021 and that the claim shall be allowed as timely, and

2. Nothing in this order shall require trustee to perform collections regarding any prior payments made to creditors.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: February 10, 2021

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600